HAWKINS v. STATE OF NORTH CAROLINA

No. 99PA95

Case below: 117 N.C.App. 615

Petition by defendants for temporary stay allowed 10 March 1995 pending determination of defendants' petition for discretionary review. Petition by defendants for writ of supersedeas allowed and temporary stay dissolved 6 April 1995. Petition by defendants for discretionary review pursuant to G.S. 7A-31 allowed 6 April 1995.

HENDERSON v. CLIFTON HICKS BUILDER, INC.

No. 114P95

Case below: 117 N.C.App. 731

Petition by defendant (Clifford Hicks Builder, Inc.) for discretionary review pursuant to G.S. 7A-31 denied 6 April 1995.

HOFMANN v. McHUGH

No. 59P95

Case below: 117 N.C.App. 305

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 6 April 1995.

JOHNSON v. NATIONWIDE MUT. INS. CO.

No. 604P94

Case below: 116 N.C.App. 137

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 2 March 1995.

JONES v. SUMMERS

No. 41P95

Case below: 117 N.C.App. 415

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 April 1995.